# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00035-CV

**Casey A. Koehler and Jennifer Phy, as Administratrix of the Estate of Evelyn Landua Koehler, Appellants**

**v.**

**Kanda Koehler, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 29,462, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

PER CURIAM

On March 24, 2016, this Court abated this appeal for a period of 90 days pending the consummation of a formal settlement agreement. The parties have filed an agreed, joint motion to extend the time period of abatement an additional 30 days to effectuate the settlement agreement between the parties. We grant the motion and extend the abatement period for an additional 30 days. The parties shall submit a joint status report or a motion to dismiss on or before July 25, 2016.

Before Justices Puryear, Goodwin, and Field

Abated

Filed: June 22, 2016